UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher L. Cash, | ) |
|                                Plaintiff, | ) Case No.: 1:19-cv-002955 |
| v. | ) Honorable Judge Philip G. Reinhard |
| | ) Magistrate Judge Margaret J. Schneider |
| Ogle County Sheriff Brian E. VanVickle, Individually and in his official capacity, Ogle County's Sheriff's Office and County of Ogle, Illinois, | ) |
|                                Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff Christopher L. Cash ("Plaintiff") and Defendants and Defendants Ogle County Sheriff Brian E. VanVickle, individually and in his official capacity, Ogle County's Sheriff's Office and County of Ogle, Illinois (collectively the "Defendants"), submit the following Joint Status Report:

**Status of Settlement**

After coming to a mutually agreeable settlement, Defendants provided Plaintiff with a written settlement agreement on April 29, 2021. As of May 4, 2021, Plaintiff is reviewing the written settlement agreement and plans to suggest revisions (if any) not later than Wednesday, May 19, 2021.

**Dated: May 4, 2021**

**Respectfully submitted,**

| FOR PLAINTIFF | FOR DEFENDANTS |
|---|---|
| By: /s/ Cynthia N. Pietrucha | By: /s/ Mark J. McClenathan |
| Cynthia N. Pietrucha<br>PIETRUCHA LAW FIRM, LLC<br>1717 N. Naper Blvd., Suite 200<br>Naperville, Illinois 60563<br>Telephone: (630) 344-6370<br>cpietrucha@pietruchalaw.com | Mark J. McClenathan<br>Michael J. Orsi<br>Andrew J. Roth<br>Christopher J. Drinkwine<br>HEYL, ROYSTER, VOELKER & ALLEN, P.C.<br>120 West State Street, 2nd Floor<br>Rockford, Illinois 61101<br>Phone: (815) 963-4454<br>mmcclenathan@heylroyster.com<br>morsi@heylroyster.com<br>aroth@heylroyster.com<br>ccdrinkwine@heylroyster.com |
| Matthew R. Custardo<br>CUSTARDO LAW, LLC<br>300 S Carlton Avenue, Suite 210<br>Wheaton, Illinois 60189<br>Telephone: (224) 856-9190<br>matt@custardolaw.com | |

## **CERTIFICATE OF SERVICE**

      I, Cynthia N. Pietrucha, certify that on May 5, 2021, I caused the foregoing **Joint Status Report** to be filed through the Court's CM/ECF System, which will provide notice of such filing to Defendant's counsel of record.

                                                               */s/ Cynthia N. Pietrucha*
                                                               Cynthia N. Pietrucha