UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Christopher L. Cash
                  Plaintiff,

v.                                                      Case No.: 1:19–cv–02955
                                                      Honorable Philip G. Reinhard

Brian E. VanVickle, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 5, 2021:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court has received the parties' joint status report regarding the status of settlement [74]. By 05/21/2021, the parties shall file a joint status report updating the Court on the status of settlement if settlement documents are not filed prior to that date. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.